IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| ACACIA RESEARCH CORPORATION and ) | **JURY TRIAL DEMANDED** |
| RESOURCE SCHEDULING CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF EPIC SYSTEMS CORPORATION'S**
**RULE 7.1 (a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Epic Systems Corporation hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:
Nicholas J. Seay
James R. Cole
Anthony A. Tomaselli
Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703
(608) 251-5000
(608) 251-9166

Dated: April 19, 2006

_____
Robert H. Richards, III (#706)
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#7539)
rrichards@rlf.com
moyer@rlf.com
gaza@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
302-651-7701
   Attorneys for Plaintiff
   Epic Systems Corporation

RLF1-3004634-1