# United States District Court

District Of Delaware

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | ) | **SUMMONS IN A CIVIL CASE** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.:  0 6 - 2 5 5 |
| ACACIA RESEARCH CORPORATION and RESOURCE SCHEDULING CORPORATION, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

TO:     **RESOURCE SCHEDULING CORPORATION**
c/o Registered Agent Solutions, Inc.
32 Lookerman Square, Suite 109
Dover, DE 19904

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY
**Robert H. Richards, III, Esquire**
**Jeffrey L. Moyer, Esquire**
**Anne Shea Gaza, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                4/19/06
_____                    _____
CLERK                                           DATE
*Monica Mosley*
(By) DEPUTY CLERK

RLF1-3004502-1

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/20/06 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: RESOURCE SCHEDULING CORPORATION C/O REGISTERED AGENT SOLUTIONS AT 32 LOOCKERMAN SQ. DOVER, DE COPIES THEREOF WERE ACCEPTED BY TARA FOX (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4//06
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure