IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 06-255-JJF |
| | § | |
| ACACIA RESEARCH CORPORATION and RESOURCE SCHEDULING CORPORATION, | § § § § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO DISMISS & IN THE ALTERNATIVE MOTION TO TRANSFER VENUE

Defendants Acacia Research Corporation ("Acacia") and Resource Scheduling Corporation ("RSC") (collectively "Defendants") request that the Court enter an Order (a) dismissing Plaintiff Epic Systems Corporation's ("Epic") Complaint in its entirety for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); and (b) dismissing Plaintiff Epic's claims against Defendant Acacia from this action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); or in the alternative, (c) transferring this action to the United States District Court for the Eastern District of Texas, Marshall Division pursuant to 28 U.S.C. § 1404(a).

WHEREFORE, Defendants respectfully request that the Court enter an Order granting the relief requested above, and for such other and further relief to which Defendants may be justly entitled.

                                              Respectfully submitted,

Dated: May 9, 2006                    /s/ Karen V. Sullivan
                                        Kathleen M. Jennings (No. 913)
                                        Karen V. Sullivan (No. 3872)
                                        OBERLY, JENNINGS & RHODUNDA, P.A.
                                        1220 Market Street, Suite 710
                                        P.O. Box 2054
                                        Wilmington, Delaware 19899
                                        (302) 576-2000
                                        (302) 576-2004 (fax)
                                        Email: KSullivan@ojlaw.com

                                        Attorneys for Defendants Acacia Research
                                        Corporation & Resource Scheduling
                                        Corporation

*Of Counsel:*

Jonathan T. Suder
Edward E. Casto, Jr.
Christie B. Lindsey
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)
Email: jts@fsclaw.com
Email: casto@fsclaw.com
Email: lindsey@fsclaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 06-255-JJF |
| ACACIA RESEARCH CORPORATION and RESOURCE SCHEDULING CORPORATION, | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER ON DEFENDANTS' MOTION TO DISMISS & IN THE ALTERNATIVE MOTION TO TRANSFER VENUE

On this _____ day of _____, 2006, the Court considered *Defendants' Motion to Dismiss*. Finding that good cause exists for the granting of the same, it is hereby found and ORDERED: (a) Plaintiff Epic Systems Corporation's ("Epic") Complaint is dismissed in its entirety for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); and (b) Plaintiff Epic's claims against Defendant Acacia are dismissed from this action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of May, 2006, the foregoing document was electronically filed with the Clerk of the Court for the U.S. District Court, District of Delaware, using CM/ECF which will send notification of such filing to the following:

Jeffrey L. Moyer
moyer@rlf.com
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

                                            /s/ Karen V. Sullivan
                                        KAREN V. SULLIVAN