IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 06-255-JJF |
| ACACIA RESEARCH CORPORATION and RESOURCE SCHEDULING CORPORATION, | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## DEFENDANTS' ACACIA RESEARCH CORPORATION AND RESOURCE SCHEDULING CORPORATION CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Defendants Acacia Research Corporation and Resource Scheduling Corporation hereby submit their corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and state the following:

1. Acacia Research Corporation is a publicly held company;

2. Resource Scheduling Corporation is a wholly-owned subsidiary of Acacia Global Acquisition, which is a wholly-owned subsidiary of Acacia Research Corporation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 9, 2006 | /s/ Karen V. Sullivan |

Kathleen M. Jennings (No. 913)
Karen V. Sullivan (No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899
(302) 576-2000
(302) 576-2004 (fax)
Email:  KSullivan@ojlaw.com

Attorneys for Defendants Acacia Research Corporation & Resource Scheduling Corporation

*Of Counsel:*

Jonathan T. Suder
Edward E. Casto, Jr.
Christie B. Lindsey
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)
Email:  jts@fsclaw.com
Email:  casto@fsclaw.com
Email:  lindsey@fsclaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of May, 2006, the foregoing document was electronically filed with the Clerk of the Court for the U.S. District Court, District of Delaware, using CM/ECF which will send notification of such filing to the following:

Jeffrey L. Moyer
moyer@rlf.com
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE  19801

                                                /s/ Karen V. Sullivan
                                              KAREN V. SULLIVAN