Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EPIC SYSTEMS CORPORATION,
v.
ACACIA RESEARCH CORPORATION
and RESOURCE SCHEDULING
CORPORATION

Civil Action No. 1:06-cv-00255-UNA

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Christie B. Lindsey__ to represent __Defendants__ in this matter.

Signed: _____

(Movant's Name and Delaware State Bar Identification Number) Kathleen M. Jennings (913)
(Movant's Address) Oberly, Jennings & Rhodunda, P.A., 1220 Market Street, Suite 710, P.O. Box 2054 Wilmington, DE 19899
(Movant's Telephone Number) (302) 576-2000

Attorney for: Defendants

Date: May 16, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Texas__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: Christie Lindsey
Date: 5/9/06

(Applicant's Address) Christie B. Lindsey
Friedman, Suder & Cooke
604 East Fourth Street, Suite 200
Fort Worth, Texas 76102

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2006, the foregoing document was electronically filed with the Clerk of the Court for the U.S. District Court, District of Delaware, using CM/ECF which will send notification of such filing to the following:

Jeffrey L. Moyer
moyer@rlf.com
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

/s/ Kathleen M. Jennings
KATHLEEN M. JENNINGS (No. 913)