# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

June 2, 2006

**VIA CM/ECF FILING &**
**HAND DELIVERY**
Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:   *Epic Systems Corporation v. Acacia Research Corporation and Resource Scheduling Corporation*, C.A. No. 06-255-JJF

Dear Judge Farnan:

On May 9, 2006, defendants Acacia Research Corporation and Resource Scheduling Corporation filed their Motion to Dismiss & in the Alternative Motion to Transfer Venue (the "Motion"). (D.I. 7). The parties have completed briefing on the Motion. Accordingly, pursuant to District of Delaware Local Rule 7.1.4, plaintiff Epic Systems Corporation respectfully requests that oral argument be scheduled on the Motion at the Court's earliest convenience.

As always, if Your Honor would like to discuss any aspect of this matter, counsel is available at the Court's convenience.

Respectfully,

*Anne Shea Gaza*

Anne Shea Gaza

ASG:csi
cc:   Kathleen Jennings-Hostetter, Esquire (via e-filing and hand delivery)
      Jonathan T. Suder, Esquire (via federal express)
      Anthony A. Thomaselli, Esquire (via federal express)

RLF1-3021328-1