# OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax  (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

July 13, 2006

**VIA CM/ECF & HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF DELAWARE
844 North King Street
Lock Box 27
Wilmington, DE 19801

      RE:    *Epic Systems Corporation v. Acacia Research Corporation and Resource Scheduling Corporation,* **Civil Action No. 06-255-JJF**

Dear Judge Farnan:

      In response to Plaintiff Epic Systems Corporation's July 13, 2006 letter to the Court, Defendants Acacia Research Corporation and Resource Scheduling Corporation acknowledge that Notice of Settlement papers have been filed in the Eastern District of Texas case styled *Resource Scheduling Corporation v. Cerner Corporation, et al.*, Civil Action No. 2:06-cv-44. Defendants were awaiting the filing and entry of final dismissal papers by the Eastern District of Texas court so that Defendants could forward a copy of the same to this Court while simultaneously apprising the Court and Plaintiff that Defendants no longer seek, as an alternative to Defendants' Motion to Dismiss, to have this action transferred to the United States District Court for the Eastern District of Texas.

      This, however, in no way changes Defendants' continued request for this Court to dismiss Plaintiff's declaratory judgment in its entirety for the reasons set forth in Defendants' Motion to Dismiss, Opening and Reply briefs, and supporting Appendix. In fact, the dismissal of the Texas action only further eviscerates Plaintiff's unreasonable "fear" that Defendants would "add Epic to the Texas suit." Defendants still did not, and have not, threatened Plaintiff with patent infringement, and thus no actual controversy exists between Plaintiff and either Defendant.

Upon final dismissal of the Eastern District of Texas action, Defendants will forward to this Court the applicable order. Counsel is available, at the Court's convenience, to answer any questions or to discuss this matter further.

**Respectfully,**

*Karen V Sullivan*

**KAREN V. SULLIVAN (No. 3872)**

cc: Dr. Peter T. Dalleo (via CM/ECF)
Edward E. Casto, Esquire (via CM/ECF)
Jeffrey L. Moyer, Esquire (via CM/ECF & hand delivery)
Anne Shea Gaza, Esquire (via CM/ECF & hand delivery)