# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
------------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

August 2, 2006

**VIA CM/ECF FILING &**
**HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF DELAWARE
844 North King Street
Lock Box 27
Wilmington, DE 19801

RE: *Epic Systems Corporation v. Acacia Research Corporation and Resource Scheduling Corporation,* **Civil Action No. 06-255-JJF**

Dear Judge Farnan:

As represented in Defendants' July 13, 2006 letter to the Court, Defendants Acacia Research Corporation and Resource Scheduling Corporation are forwarding copies of the final dismissal orders entered in the Eastern District of Texas case styled *Resource Scheduling Corporation v. Cerner Corporation, et al.*, Civil Action No. 2:06-cv-44.

Respectfully,

*Karen V Sullivan*

**KAREN V. SULLIVAN (No. 3872)**

/KVS
Enclosures
cc:   Dr. Peter T. Dalleo (via ECF)
      Edward E. Casto, Esquire (via CM/ECF)
      Jeffrey L. Moyer, Esquire (via ECF and hand delivery)
      Anne Shea Gaza, Esquire (via CM/ECF & hand delivery)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RESOURCE SCHEDULING CORPORATION, | § § § | |
| Plaintiff | § § | CIVIL ACTION NO. 2-06-CV-44 |
| v. | § § | |
| CERNER CORPORATION and MCKESSON CORPORATION, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MCKESSON CORPORATION

Before the Court is the parties' Stipulation of Dismissal as to Defendant McKesson Corporation. After considering the Stipulation and finding that good cause exists for the granting of same, it is hereby ORDERED that Defendant McKesson Corporation is DISMISSED from the above-entitled and numbered cause, with prejudice as to the refiling of same, that McKesson Corporation's counterclaims against Plaintiff are DISMISSED with prejudice, and that each party shall bear their own costs and fees.

So **ORDERED** and **SIGNED** this 1 day of **August, 2006**.

_Ron Clark_
Ron Clark, United States District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RESOURCE SCHEDULING CORPORATION, | § § § | |
| Plaintiff | § § | CIVIL ACTION NO. 2-06-CV-44 |
| v. | § § | JURY TRIAL DEMANDED |
| CERNER CORPORATION and MCKESSON CORPORATION, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CERNER CORPORATION

Before the Court is the parties' Stipulation of Dismissal as to Defendant Cerner Corporation. After considering the Stipulation and finding that good cause exists for the granting of same, it is hereby ORDERED that Defendant Cerner Corporation is DISMISSED from the above-entitled and numbered cause, with prejudice as to the refiling of same, that Cerner Corporation's counterclaims against Plaintiff are DISMISSED with prejudice, and that each party shall bear their own costs and fees.

So **ORDERED** and **SIGNED** this **1** day of **August, 2006.**

_Ron Clark_
Ron Clark, United States District Judge