IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 06-255-JJF |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| ACACIA RESEARCH CORPORATION and ) | |
| RESOURCE SCHEDULING CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel hereby moves the admission pro hac vice of Nicholas J. Seay, James R. Cole, Anthony A. Tomaselli and Kristin Graham Noel of Quarles & Brady LLP to represent Plaintiff Epic Systems Corporation in the above referenced matter.

Of Counsel:
Nicholas J. Seay
James R. Cole
Anthony A. Tomaselli
Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703

Dated: October 3, 2006

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
moyer@rlf.com
gaza@rlf.com
Attorneys for Plaintiff Epic Systems
Corporation

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Dated: _____         _____
                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of Wisconsin and Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

                                                    Nicholas J. Seay
                                                    Quarles & Brady LLP
                                                    One South Pinckney Street
                                                    Suite 600
                                                    Madison, Wisconsin 53703

Dated: Sept 29, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Wisconsin and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

_____
James R. Cole
Quarles & Brady LLP
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703

Dated: Sept. 25, 2006

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Wisconsin and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

_____
Anthony A. Tomaselli
Quarles & Brady LLP
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703

Dated: 9/27/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of Wisconsin and Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703

Dated: 9/27/06

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Kathleen Jennings-Hostetter, Esquire
Karen V. Sullivan, Esquire
Oberly & Jennings
800 Delaware Ave., Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054

I hereby certify that on October 3, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Jonathan T. Suder, Esquire
Edward E. Casto, Jr., Esquire
Christie B. Lindsey, Esquire
Friedman, Suder & Cooke
604 East Fourth Street, Suite 200
Fort Worth, TX 76102

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700