IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EPIC SYSTEMS CORPORATION,           :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 06-255-JJF
                                    :
ACACIA RESEARCH CORPORATION and,    :
RESOURCE SCHEDULING CORPORATION,    :
                                    :
        Defendants.                 :

**O R D E R**

At Wilmington, this 17 day of November, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1) Defendants' Motion To Dismiss And In The Alternative Motion To Transfer Venue (D.I. 7) is **DENIED in part** and **GRANTED in part**.

2) Remaining parties, **within twenty (20) days** of the date of this Order, shall submit a Joint Proposed Scheduling Order for the Court's consideration. If the parties are unable to reach an agreement, they shall outline their disputes in the Joint Proposed Scheduling Order.

_____
UNITED STATES DISTRICT JUDGE