IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | Civil Action No. 06-255-JJF |
| RESOURCE SCHEDULING CORPORATION, | | JURY TRIAL DEMANDED |
| Defendant. | | |

**STIPULATION TO EXTEND TIME TO SUBMIT
PROPOSED SCHEDULING ORDER**

**WHEREAS**, Plaintiff Epic Systems Corporation filed a Complaint on April 19, 2006 (D.I. 1), and Defendants Acacia Research Corporation and Resource Scheduling Corporation moved to dismiss the Complaint on May 9, 2006 (D.I. 7);

**WHEREAS**, following briefing on the motion to dismiss, on November 17, 2006, the Court granted the motion to dismiss with respect to Acacia Research Corporation and denied the motion with respect to Resource Scheduling Corporation (D.I. 23 & 24);

**WHEREAS**, the Court set December 7 as the deadline for the remaining parties to submit a joint proposed scheduling order (D.I. 24);

**WHEREAS**, counsel for the parties have had preliminary discussions regarding the joint proposed scheduling order and regarding possible consensual resolution of the case;

**WHEREAS**, due to the intervening Thanksgiving holiday and counsels' obligations to other courts, counsel for the parties have not had an opportunity to explore fully possible consensual resolution of the case or the joint proposed scheduling order;

**WHEREAS**, an extension of the time to submit a joint proposed scheduling order would conserve the resources of both the parties and the Court if the parties are able to reach a consensual resolution negating the need for the joint proposed scheduling order.

**IT IS HEREBY STIPULATED** by and between the undersigned counsel on behalf of the respective parties, subject to approval of the Court, that the deadline to submit a joint proposed scheduling order is extended until January 5, 2007.

| OBERLY, JENNINGS & RHODUNDA, P.A. | RICHARD LAYTON & FINGER |
|---|---|
| /s/ Karen V. Sullivan | /s/ Jeffrey L. Moyer |
| Kathleen M. Jennings (No. 913) | Robert H. Richards, III (No. 706) |
| Karen V. Sullivan (No. 3872) | Jeffrey L. Moyer (No. 3309) |
| 1220 Market Street, Suite 710 | Anne Shea Gaza (No. 7539) |
| P.O. Box 2054 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street |
| (302) 576-2000 | Wilmington, DE 19801 |
| (302) 576-2004 (fax) | (302) 651-7700 |
| Email: KSullivan@ojlaw.com | (302) 651-7701 (fax) |
|  | Email: rrichards@rlf.com |
| -and- | Email: moyer@rlf.com |
|  | Email: gaza@rlf.com |
| Jonathan T. Suder |  |
| Edward E. Casto, Jr. | -and- |
| Christie B. Lindsey |  |
| FRIEDMAN, SUDER & COOKE | Nicholas J. Seay |
| Tindall Square Warehouse No. 1 | Anthony A. Tomaselli |
| 604 East 4th Street, Suite 200 | Kristin Graham Noel |
| Fort Worth, TX 76102 | QUARLES & BRADY LLP |
| (817) 334-0400 | One South Pinckney Street |
| (817) 334-0401 (fax) | Suite 600 |
| Email: jts@fsclaw.com | Madison, WI 53703 |
| Email: casto@fsclaw.com | (608) 251-5000 |
| Email: lindsey@fsclaw.com | (608) 251-9166 (fax) |
|  |  |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Resource Scheduling Corporation | Epic Systems Corporation |

It is **SO ORDERED** this _____ day of December, 2006.

_____
**United States District Judge**

2