IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC SYSTEMS CORPORATION,        )<br>                                                                )<br>                        Plaintiff,                        )<br>                                                                )     Case No.: 06-255-JJF<br>                v.                                           )<br>                                                                )     **JURY TRIAL DEMANDED**<br>ACACIA RESEARCH CORPORATION and  )<br>RESOURCE SCHEDULING CORPORATION,  )<br>                                                                )<br>                        Defendants.                  ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 5, 2007, copies of Epic Systems Corporation's First Set of Interrogatories, Requests for Production and Request to Admit were served upon the following counsel of record in the manner indicated below:

**VIA ELECTRONIC MAIL & U.S. MAIL**
Karen V. Sullivan, Esquire
Oberly & Jennings
800 Delaware Ave., Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054

**VIA ELECTRONIC MAIL & U.S. MAIL**
Edward E. Casto, Jr., Esquire
Christie B. Lindsey, Esquire
Friedman, Suder & Cooke
604 East Fourth Street, Suite 200
Fort Worth, TX 76102

Of Counsel:
Nicholas J. Seay
James R. Cole
Anthony A. Tomaselli
Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street
Suite 600
Madison, Wisconsin 53703

Dated: January 8, 2007

*/s/ Anne Shea Gaza*
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
moyer@rlf.com
gaza@rlf.com
Attorneys for Plaintiff Epic Systems Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Kathleen Jennings-Hostetter, Esquire
Karen V. Sullivan, Esquire
Oberly & Jennings
800 Delaware Ave., Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054

I hereby certify that on January 8, 2007, I caused to be sent by electronic mail the foregoing document to the following non-registered participant:

Jonathan T. Suder, Esquire
Edward E. Casto, Jr., Esquire
Christie B. Lindsey, Esquire
Friedman, Suder & Cooke
604 East Fourth Street, Suite 200
Fort Worth, TX 76102

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3017324-1