IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 06-255-JJF |
| RESOURCE SCHEDULING CORPORATION, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 8, 2007, copies of Defendant's First Request for Production of Documents and Things to Plaintiff and Defendant's First Set of Interrogatories to Plaintiff were served upon the following counsel of record in the matter indicated below:

**Via Electronic Mail & U.S. Mail**
Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Via Electronic Mail & U.S. Mail**
Nicholas J. Seay
James R. Cole
Anthony A. Tomaselli
Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street, Suite 600
Madison, WI 53703

Dated: January 9, 2007

   /s/ Karen V. Sullivan
Kathleen M. Jennings (No. 913)
Karen V. Sullivan (No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899
(302) 576-2000
(302) 576-2004 (fax)
Email: KSullivan@ojlaw.com

-and-

Jonathan T. Suder
Edward E. Casto, Jr.
Christie B. Lindsey
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)
Email:  jts@fsclaw.com
Email:  casto@fsclaw.com
Email:  lindsey@fsclaw.com

Attorneys for Defendant
Resource Scheduling Corporation

## CERTIFICATE OF SERVICE

  I, hereby certify that on January 9, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

  I hereby certify that on January 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

Nicholas J. Seay
James R. Cole
Anthony A. Tomaselli
Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street, Suite 600
Madison, WI 53703

  /s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000
(302) 576-2004 (fax)
Email: ksullivan@ojlaw.com