IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 06-255-JJF |
| RESOURCE SCHEDULING CORPORATION, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 26, 2007, copies of Defendant's Initial Disclosures were served upon the following counsel of record in the matter indicated below:

**Via Electronic Mail & U.S. Mail**
Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Via Electronic Mail & U.S. Mail**
Nicholas J. Seay
James R. Cole
Anthony A. Tomaselli
Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street, Suite 600
Madison, WI 53703

Dated: January 29, 2007

  /s/ Karen V. Sullivan
Kathleen M. Jennings (No. 913)
Karen V. Sullivan (No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899
(302) 576-2000
(302) 576-2004 (fax)
Email:  KSullivan@ojlaw.com

-and-

Jonathan T. Suder
Edward E. Casto, Jr.
Christie B. Lindsey
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)
Email: jts@fsclaw.com
Email: casto@fsclaw.com
Email: lindsey@fsclaw.com

Attorneys for Defendant
Resource Scheduling Corporation

## CERTIFICATE OF SERVICE

I, hereby certify that on January 29, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

I hereby certify that on January 29, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

Nicholas J. Seay
James R. Cole
Anthony A. Tomaselli
Kristin Graham Noel
Quarles & Brady LLP
One South Pinckney Street, Suite 600
Madison, WI 53703

    /s/  Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000
(302) 576-2004 (fax)
Email:  ksullivan@ojlaw.com