IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 06-255-JJF |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RESOURCE SCHEDULING CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. Rule 41, that the instant action be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

_____
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
(302) 651-7701 (fax)
moyer@rlf.com
gaza@rlf.com
*Attorneys for Plaintiff Epic Systems Corporation*

/s/ *Karen V. Sullivan*
_____
Kathleen M. Jennings (#913)
Karen V. Sullivan (#3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000
(302) 576-2004 (fax)
kjennings@ojlaw.com
ksullivan@ojlaw.com
*Attorneys for Defendant Resource Scheduling Corporation*

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Judge Joseph J. Farnan

RLF1-3139855-1