IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 06-255-JJF |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RESOURCE SCHEDULING CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. Rule 41, that the instant action be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| *[signature]* | /s/ Karen V. Sullivan |
| Jeffrey L. Moyer (#3309) | Kathleen M. Jennings (#913) |
| Anne Shea Gaza (#4093) | Karen V. Sullivan (#3872) |
| Richards, Layton & Finger, P.A. | Oberly, Jennings & Rhodunda, P.A. |
| One Rodney Square | 1220 Market Street, Suite 710 |
| P.O. Box 551 | P.O. Box 2054 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 576-2000 |
| (302) 651-7701 (fax) | (302) 576-2004 (fax) |
| moyer@rlf.com | kjennings@ojlaw.com |
| gaza@rlf.com | ksullivan@ojlaw.com |
| *Attorneys for Plaintiff Epic Systems Corporation* | *Attorneys for Defendant Resource Scheduling Corporation* |

IT IS SO ORDERED this __18__ day of __April__, 2007.

_____
Judge Joseph J. Farnan Jr.

RLF1-3139855-1