O AO 120 (Rev. 3/04)

| TO: Director of the U.S. Patent and Trademark Office Mail Stop 8<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv255 | DATE FILED<br>4/19/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Epic Systems Corporation | | DEFENDANT<br>Acacia Research Corporation and Resource Scheduling Corporation |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,937,743 | 9/10/87 | IntelliMED Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

DECISION/JUDGEMENT

SEE ATTACHED "STIPULATION OF DISMISSAL"

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | [signature] | April 18, 2007 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC SYSTEMS CORPORATION,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | Case No.: 06-255-JJF |
| v.            ) | |
| ) | **JURY TRIAL DEMANDED** |
| RESOURCE SCHEDULING            ) | |
| CORPORATION,            ) | |
| ) | |
| Defendant.            ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. Rule 41, that the instant action be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

*[signature]*
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
(302) 651-7701 (fax)
moyer@rlf.com
gaza@rlf.com
*Attorneys for Plaintiff Epic Systems Corporation*

/s/ *Karen V. Sullivan*
Kathleen M. Jennings (#913)
Karen V. Sullivan (#3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000
(302) 576-2004 (fax)
kjennings@ojlaw.com
ksullivan@ojlaw.com
*Attorneys for Defendant Resource Scheduling Corporation*

IT IS SO ORDERED this ___18___ day of ___April___, 2007.

*[signature]*
Judge Joseph J. Farnan JR.

RLF1-3139855-1